UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
  YAEL MONTES DE OCA,

|  |  |
|---|---|
| Plaintiff, | 24 **CIVIL** 2763 (OTW) |
| -v- | **JUDGMENT** |

 MICHELLE KING,
ACTING COMMISSIONER OF SOCIAL SECURITY,

                                    Defendant.
------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated February 13, 2025, that this action be, and hereby is, reversed and remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings, a new hearing, and issuance of a new decision. The Clerk is directed to enter judgment. See Shalala v. Schaefer, 509 U.S. 292 (1993).

**Dated:**  New York, New York

February 13, 2025

                                                                **TAMMI M. HELLWIG**
                                                                **Clerk of Court**

                                                **BY:**
                                                        _____
                                                                **Deputy Clerk**